UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUSTIN REESE, et al.,

        Plaintiff(s),

v.

DYCOM INDUSTRIES, INC., et al.,

        Defendant(s).

NO. C09-606MJP

ORDER ON DEADLINE FOR FILING OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

The above-entitled Court, having received and reviewed the parties' Stipulation and Order Suspending Deadline for Filing of Plaintiffs' Motion for Class Certification (Dkt. No. 20), and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that the deadline for filing of Plaintiffs' motion for class certification shall be extended from October 27, 2009 to **November 30, 2009**;

IT IS FURTHER ORDERED the Defendants' deadline to file their opposition to Plaintiffs' motion for class certification shall be **January 8, 2010**;

IT IS FURTHER ORDERED that Plaintiffs' deadline to file their reply papers shall be **January 29, 2010**.

The clerk is ordered to provide copies of this order to all counsel.

Dated: October 23, 2009

_Marsha J. Pechman_
Marsha J. Pechman
U.S. District Judge

**ORDER ON CLASS
CERT DEADLINE - 1**