UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN REESE, STEVEN COX, MICAH WITTENBORN and SHELBY BALL, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>DYCOM INDUSTRIES, INC., a Florida corporation; PRINCE TELECOM, LLC, a Delaware limited liability company, f/k/a PRINCE TELECOM, INC.,<br><br>       Defendants. | CLASS ACTION<br><br>NO. C09-0606 MJP<br><br>STIPULATION AND ORDER REGARDING FILING OF THIRD AMENDED COMPLAINT |

## STIPULATION

WHEREAS the alleged conduct of Defendants Dycom Industries, Inc. and Prince Telecom, LLC ("Defendants") gives rise to claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219, and such claims are based on the same facts supporting many of the other allegations in Plaintiffs' Second Amended Class Action Complaint for Damages and Restitution;

WHEREAS it is more efficient to resolve these claims in the context of this litigation than in subsequent litigation;

1

2      THEREFORE, IT IS HEREBY STIPULATED by and between the attorneys for

3   Plaintiffs and Defendants, subject to approval by the Court, that:

4      1.      On or before December 15, 2009, Plaintiffs shall file their Third Amended Class

5   Action Complaint, in the form attached as Exhibit A.

6      2.      Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants consent to the

7   filing of Plaintiffs' Third Amended Class Action Complaint.

8
    Dated this 8th day of December, 2009.
9

10
                                    s/Stellman Keehnel, WSBA # 9309
11                                  Stellman Keehnel, WSBA No. 9309
                                    DLA PIPER LLP (US)
12                                  701 Fifth Avenue, Suite 7000
                                    Seattle, WA  98104-7044
13                                  Tel:  206.839.4800
                                    Fax:  206.839.4801
14                                  E-mail:  stellman.keehnel@dlapiper.com

15                                  *Attorneys for Defendants Dycom Industries, Inc. and*
                                    *Prince Telecom, LLC*
16

17
                                    s/Toby J. Marshall # 32726
18                                  Beth E. Terrell, WSBA # 26759
                                    Toby J. Marshall, WSBA #32726
19                                  Jennifer R. Murray, WSBA #36983
                                    TERRELL MARSHALL & DAUDT PLLC
20                                  3600 Fremont Avenue North
                                    Seattle, WA  98103
21                                  Tel:  (206) 816-6603
                                    Fax:  (206) 350-3528
22                                  Email:  bterrell@tmdlegal.com
                                    Email:  tmarshall@tmdlegal.com
23                                  Email:  jmurray@tmdlegal.com

24

25

26

    STIPULATION AND ORDER REGARDING FILING OF THIRD
    AMENDED COMPLAINT - 2
    CASE NO. C09-0606 MJP

Darrell W. Scott, WSBA #20241
Matthew J. Zuchetto, WSBA #33404
THE SCOTT LAW GROUP, PS
926 West Sprague Avenue, Suite 680
Spokane, WA 99201
Tel: 509.455.3966
Fax: 509.455.3906
Email: darrellscott@mac.com
Email: matthewzuchetto@mac.com

*Attorneys for Plaintiffs*

# ORDER

THIS MATTER having come before the Court on the stipulation of the parties, the

Court GRANTS the stipulated relief requested. Plaintiffs shall file their Third Amended Class

Action Complaint by December 15, 2009.

IT IS SO ORDERED.

Dated this _9th_ day of December, 2009.


Marsha J. Pechman
United States District Judge

Presented by:

TERRELL MARSHALL & DAUDT PLLC

By: _s/Toby J. Marshall # 32726_
    Beth E. Terrell, WSBA #26759
    Email: bterrell@tmdlegal.com
    Toby J. Marshall, WSBA #32726
    Email: tmarshall@tmdlegal.com
    Jennifer R. Murray, WSBA #36983
    Email: jmurray@tmdlegal.com
    3600 Fremont Avenue North
    Seattle, Washington 98103
    Telephone: 206.816.6603
    Facsimile: 206.350.3528

Darrell W. Scott, WSBA #20241
Email: darrellscott@mac.com
Matthew J. Zuchetto, WSBA #33404
Email: matthewzuchetto@mac.com
THE SCOTT LAW GROUP, PS
926 West Sprague Avenue, Suite 680
Spokane, Washington 99201
Telephone: 509.455.3966
Facsimile: 509.455.3906

*Attorneys for Plaintiffs*

DLA PIPER LLP (US)

By: s/Stellman Keehnel
Stellman Keehnel, WSBA #9309
Email: stellman.keehnel@dlapiper.com
Nicole M. Tadano, WSBA #40531
Email: nicole.tadano@dlapiper.com
701 Fifth Avenue, Suite 7000
Seattle, Washington 98104-7044
Telephone: 206.839.4800
Facsimile: 206.839.4801

Grant Alexander
Email: grant.alexander@dlapiper.com
Eric S. Beane
Email: eric.beane@dlapiper.com
1999 Avenue of the Stars, Suite 400
Los Angeles, California 90067-6023
Telephone: 310.595.3000
Facsimile: 310.595.3300

*Attorneys for Defendants*

1

## <u>CERTIFICATE OF SERVICE</u>

2      I, Toby J. Marshall, hereby certify that on December 9, 2009, I electronically filed the

3  foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

4  such filing to the following:

5

6  DLA PIPER US LLP

7  Stellman Keehnel
   Email: stellman.keehnel@dlapiper.com
8  Nicole Tadano
   Email: nicole.tadano@dlapiper.com
9  701 Fifth Ave., Suite 7000
   Seattle, Washington 98104-7044
10 Telephone: 206.839.4800

11
   Grant Alexander
12 Email: grant.alexander@dlapiper.com
   Eric S. Beane
13 Email: eric.beane@dlapiper.com
   1999 Avenue of the Stars, Suite 400
14 Los Angeles, California 90067-6023
   Telephone: (310) 595 – 3000
15 Facsimile: (310) 595 - 3300

16

17 *Attorney for Defendants*

18 DATED this 9th day of December, 2009.

THE SCOTT LAW GROUP, PS

Darrell W. Scott, WSBA #20241
Email: darrellscott@mac.com
Matthew J. Zuchetto, WSBA #33404
Email: matthewzuchetto@mac.com
926 West Sprague Avenue, Suite 680
Spokane, Washington 99201
Telephone: 509.455.3966
Facsimile: 509.455.3906

*Co-counsel for Plaintiffs*

19

20                     TERRELL MARSHALL & DAUDT PLLC

21                     By:  /s/ Toby J. Marshall, WSBA # 32726
                           Beth E. Terrell, WSBA #26759
22                         Email: bterrell@tmdlegal.com
                           Toby J. Marshall, WSBA #32726
23                         Email: tmarshall@tmdlegal.com
                           Jennifer R. Murray, WSBA #36983
24                         Email: jmurray@tmdlegal.com
                           3600 Fremont Avenue North
25                         Seattle, Washington 98103
                           Telephone: 206.816.6603
26                         Facsimile: 206.350.3528